UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

GRAMERCY ARGENTINA OPPORTUNITY FUND,
LTD., GRAMERCY EMERGING MARKETS FUND
and PARTNERS GROUP ALTERNATIVE
STRATEGIES PCC LIMITED BLUE KAPPA CELL

                Plaintiffs,

    -against-

                                           RULE 7.1 DISCLOSURE
                                           STATEMENT

THE REPUBLIC OF ARGENTINA,

                Defendant.

---------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiffs Gramercy Argentina Opportunity Fund, Ltd., Gramercy Emerging Markets Fund and Partners Group Alternative Strategies PCC Limited Blue Kappa Cell certify they have no publicly held parent corporation and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       May 22, 2008                  HUGHES HUBBARD & REED LLP

                                              By: /s/ Russell W. Jacobs
                                      Nicolas Swerdloff (swerdlof@hugheshubbard.com)
                                      John Fellas (fellas@hugheshubbard.com)
                                      Russell W. Jacobs (jacobsr@hugheshubbard.com)
                                One Battery Park Plaza
                                New York, New York 10004-1482
                                (212) 837-6000

                                *Attorneys for Plaintiffs*

60287752_3.doc